FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 12 2012

DAVID J. MALAND, CLERK
BY
DEPUTY _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 4:12cr 282 |
| | § | Judge CM One |
| FRANK JUAREZ | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

<u>Violation:</u> 29 U.S.C. § 501(c)
(Embezzlement of Assets)

Between in or about January 2005 and in or about December 2009, in the Eastern District of Texas, the defendant, **Frank Juarez**, while an officer, that is, President, of American Workers Union Local 6768, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use moneys, funds, securities, property, and other assets of this labor organization in the approximate amount of $21,290.73, in violation of 29 U.S.C. § 501(c).

Respectfully Submitted,

        JOHN M. BALES
        UNITED STATES ATTORNEY

        _____
        M. ANDREW STOVER
        Assistant United States Attorney
        Texas Bar No. 19349300
        101 East Park Boulevard, Suite 500
        Plano, TX 75074
        tel: (972) 509-1201
        fax: (972) 509-1209
        email: andrew.stover@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:12cr Judge |
| FRANK JUAREZ | § | |

## NOTICE OF PENALTY

### COUNT 1

Violation:         29 U.S.C. § 501(c)

Penalty:         Not more than five years imprisonment, a fine not to exceed $250,000, or twice any pecuniary gain to Defendant or gross loss to any victim(s) or both; supervised release of not more than three years.

Special
Assessment:         $100.00